UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ROY SASTROM AND | | |
| ROBERT KALMAN | : | CIVIL ACTION NO. |
|    *Plaintiffs* | : | Docket No. 3:02cv02132(AWT)(DFM) |
| | : | |
| v. | : | |
| | : | |
| JAMES CASSIDY, PH.D., JD., AND | : | |
| GARRELL MULLANEY, C.E.O. | : | |
|    *Defendants* | : | DECEMBER 2, 2003 |

**DEFENDANTS' FIRST MOTION FOR ENLARGEMENT
OF TIME TO FILE THEIR MOTION FOR SUMMARY JUDGMENT**

Pursuant to Local Rule of Civil Procedure Rule 7(b), the defendants, James Cassidy, Ph.D., J.D., and Garrell Mullaney, C.E.O., move for an enlargement of time to file their motion for summary judgment. The defendants' motion for summary judgment is currently due on December 8, 2003.

To date the defendants have not received the plaintiffs responses to their discovery request, *Defendants' First Set Of Interrogatories And Request For Production Of Documents To Plaintiffs* which was mailed to them on August 13, 2003. In accordance with Local Rule of Civil Procedure Rule 37, counsel for the defendants is attempting to resolve this issue without judicial intervention. Counsel for the defendants has been diligently working on the motion for summary judgment. However, without the plaintiffs' responses to the defendants' discovery requests, the defendants are not able to meet the current deadline for summary judgment. Therefore, the defendants are requesting an additional sixty (60) days to enable the plaintiffs to respond to the defendants' discovery requests and for defendants' counsel to finalize the motion for summary judgment.

Plaintiffs are involuntarily confined at the Whiting Forensic Division of Connecticut Valley Hospital. Counsel has not contacted the plaintiffs regarding this motion for enlargement of time.

This is the defendants' first request for enlargement of time to file their motion for summary judgment.

                                          RICHARD BLUMENTHAL
                                          ATTORNEY GENERAL

                                          Richard J. Lynch
                                          Assistant Attorney General

BY: _____
                                          Patrick B. Kwanashie
                                          Assistant Attorney General
                                          Federal Bar No. 09206
                                          55 Elm Street, P.O. Box 120
                                          Hartford, CT  06141-0120
                                          Tel: (860) 808-5210
                                          Fax: (860) 808-5385
                                          Email: Patrick.Kwanashie@po.state.ct.us

## **CERTIFICATION**

I hereby certify that a copy of the foregoing *Defendants' Fifth Motion For Enlargement of Time* was mailed in accordance with Rule 5(b) of the Federal Rules of Civil Procedure on this 2nd day of December, 2003, first class postage prepaid to:

Roy Sastrom
Whiting Forensic Institute
70 O'Brien Drive
Middletown, CT  06457

Robert Kalman
Whiting Forensic Institute
70 O'Brien Drive
Middletown, CT  06457

                                                Patrick B. Kwanashie
                                              Assistant Attorney General