

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT                    FILED

| | |
|---|---|
| ROY SASTROM AND | 2003 DEC -3  P 51 |
| ROBERT KALMAN | CIVIL ACTION NO. |
| *Plaintiffs* | Docket No. 3:02cv02132(AWT)(DFM) |
| | HARTFORD CT |
| v. | |
| JAMES CASSIDY, PH.D., JD., AND | |
| GARRELL MULLANEY, C.E.O. | |
| *Defendants* | DECEMBER 2, 2003 |

### DEFENDANTS' FIRST MOTION FOR ENLARGEMENT
### OF TIME TO FILE THEIR MOTION FOR SUMMARY JUDGMENT

Pursuant to Local Rule of Civil Procedure Rule 7(b), the defendants, James Cassidy, Ph.D., J.D., and Garrell Mullaney, C.E.O., move for an enlargement of time to file their motion for summary judgment. The defendants' motion for summary judgment is currently due on December 8, 2003.

To date the defendants have not received the plaintiffs responses to their discovery request, *Defendants' First Set Of Interrogatories And Request For Production Of Documents To Plaintiffs* which was mailed to them on August 13, 2003. In accordance with Local Rule of Civil Procedure Rule 37, counsel for the defendants is attempting to resolve this issue without judicial intervention. Counsel for the defendants has been diligently working on the motion for summary judgment. However, without the plaintiffs' responses to the defendants' discovery requests, the defendants are not able to meet the current deadline for summary judgment. Therefore, the defendants are requesting an additional sixty (60) days to enable the plaintiffs to respond to the defendants' discovery requests and for defendants' counsel to finalize the motion for summary judgment.

**Extension GRANTED, to and including February 9, 2004. It is so ordered.**

Alvin W. Thompson, U.S.D.J.
Hartford, CT   12/4/03