UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ROY SASTROM AND | | |
| ROBERT KALMAN | : | CIVIL ACTION NO. |
| *Plaintiffs* | : | Docket No. 3:02cv02132(AWT)(DFM) |
| | : | |
| v. | : | |
| | : | |
| JAMES CASSIDY, PH.D., JD., AND | : | |
| GARRELL MULLANEY, C.E.O. | : | |
| *Defendants* | : | JANUARY 27, 2004 |

**DEFENDANTS' SECOND MOTION FOR ENLARGEMENT
OF TIME TO FILE THEIR MOTION FOR SUMMARY JUDGMENT**

Pursuant to Local Rule of Civil Procedure Rule 7(b), the defendants, James Cassidy, Ph.D., J.D., and Garrell Mullaney, C.E.O., move for an enlargement of time to file their motion for summary judgment. The defendants' motion for summary judgment is currently due on February 9, 2004.

To date the defendants have not received the plaintiffs responses to their discovery request, *Defendants' First Set Of Interrogatories And Request For Production Of Documents To Plaintiffs* which was mailed to them on August 13, 2003. In accordance with Local Rule of Civil Procedure Rule 37, counsel for the defendants had attempted to resolve this issue without judicial intervention. The defendants were not able to resolve the issue of the outstanding discovery without judicial intervention and, therefore, were forced to filed a *Motion for Order* asking the court to either compel the plaintiffs to respond to *Defendants' First Set Of Interrogatories And Request For Production Of Documents To Plaintiffs* or to dismiss the plaintiffs' amended complaint.

Counsel for the defendants has been diligently working on the motion for summary judgment. However, without the plaintiffs' responses to the defendants' discovery requests, the

defendants are not able to meet the current deadline for summary judgment.  Therefore, the defendants are requesting an additional sixty (60) days after the plaintiffs comply with the defendants' discovery request should the Court opt to give them the opportunity to comply before dismissing this case.

Plaintiffs are involuntarily confined at the Whiting Forensic Division of Connecticut Valley Hospital.  Counsel has not contacted the plaintiffs regarding this motion for enlargement of time.

This is the defendants' second request for enlargement of time to file their motion for summary judgment.

          RICHARD BLUMENTHAL
          ATTORNEY GENERAL

          Richard J. Lynch
          Assistant Attorney General

BY: _____
          Patrick B. Kwanashie
          Assistant Attorney General
          Federal Bar No. 09206
          55 Elm Street, P.O. Box 120
          Hartford, CT  06141-0120
          Tel: (860) 808-5210
          Fax: (860) 808-5385
          Email: Patrick.Kwanashie@po.state.ct.us

## **CERTIFICATION**

I hereby certify that a copy of the foregoing *Defendants' Second Motion For Enlargement of Time to File Their Motion for Summary Judgment* was mailed in accordance with Rule 5(b) of the Federal Rules of Civil Procedure on this 27th day of January, 2004, first class postage prepaid to:

Roy Sastrom
Whiting Forensic Institute
70 O'Brien Drive
Middletown, CT  06457

Robert Kalman
Whiting Forensic Institute
70 O'Brien Drive
Middletown, CT  06457

_____
Patrick B. Kwanashie
Assistant Attorney General