**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| ROY SASTROM AND | : | CIVIL ACTION NO. |
| ROBERT KALMAN | : | 3:02cv02132 (AWT)(DFM) |
| *Plaintiff* | : | |
| | : | |
| v. | : | |
| | : | |
| JAMES CASSIDY, PH.D., JD., AND | : | |
| GARRELL MULLANEY, C.E.O. | : | |
| *Defendants* | : | JANUARY 27, 2004 |

### DEFENDANT'S MOTION FOR ORDER

The defendants in this matter move this Court for an Order pursuant to Fed. R. Civ. P. 37(b)(2)(C) and 37(d) rendering a judgment by default against plaintiffs for failure to serve answers to *Defendants' First Set Of Interrogatories And Request For Production Of Documents To Plaintiffs,* dated August 13, 2003.

As discussed in detail in the attached memorandum of law in support of this motion, dismissal is the appropriate remedy given plaintiffs' failure to provide responses to the interrogatories while at the same time filing motions, discovery requests and lawsuits.  In the alternative, defendants move that this Court order the plaintiffs to immediately comply with the discovery requests.

For the foregoing reasons, defendants respectfully request that the court dismiss this action with prejudice for failure to answer the *Defendants' First Set Of Interrogatories And Request For Production Of Documents To Plaintiffs* or, in the alternative, order plaintiff to immediately comply with the discovery requests.

DEFENDANTS

RICHARD BLUMENTHAL
ATTORNEY GENERAL

Richard J. Lynch
Assistant Attorney General

BY: _____

Patrick B. Kwanashie
Assistant Attorney General
Federal Bar No. ct09206
55 Elm Street, P.O. Box 120
Hartford, CT  06141-0120
Tel: (860) 808-5210
Fax: (860) 808-5385
E-mail:  Patrick.Kwanashie@po.state.ct.us

## CERTIFICATION

I hereby certify that a copy of the foregoing Defendants' Motion for Order was mailed in accordance with Rule 5(b) of the Federal Rules of Civil Procedure on this 27th day of January, 2004, first class postage prepaid to:

Roy Sastrom, Pro Se
Whiting Forensic Institute
70 O'Brien Drive
Middletown, CT  06457
Tel.: (860) 346-9408

Robert Kalman, Pro Se
Whiting Forensic Institute
70 O'Brien Drive
Middletown,  CT  06457
Tel.:  (860) 346-9408

_____

Patrick B. Kwanashie
Assistant Attorney General
Federal Bar No. ct09206

2