LIST OF EXHIBITS

1. *Defendants' First Set of Interrogatories and Request for Production of Documents to Plaintiffs*, August 13, 2003

2. *Certification and Affidavit* of Patrick B. Kwanashie, January 27, 2004

    a. Letter to Robert Kalman, December 2, 2003 with enclosure
    b. Letter to Roy Sastrom, December 2, 2003 with enclosure

3. Kimbro v. I.C. System, Inc., 2002 U.S. Dist. LEXIS 14599, 2 (July 22, 2002)

4. *Affidavit of Nancy Brayman*, January 23, 2004

    a. Application For Discharge From the Jurisdiction of the CT PSRB (March 17, 2003)
    b. Motion for Transfer (May 23, 2003)
    c. Application for Conditional Release (June 9, 2003)
    d. Withdrawal of Application for Conditional Release (October 21, 2003)
    e. Motion for Appointment of Special Public Defender and Motion to Withdraw Appearance (November 10, 2003)
    f. Acquittee's Application to Reopen Hearing for Reconsideration by PSRB and Application For Conditional Release from Whiting (September 20, 2003)

5. United States District Court docket summaries

    a. Sastrom et al v. Berger et al, case no. 3:03-cv-00671(DJS)
    b. Kalman v. Carre et al, case no. 3:02-cv-02052(JCH)

6. State of Connecticut Judicial District Case Details

    a. Sastrom et al v. Rooth et al, case no. CV-03-0101381-S
    b. Kalman v. Cassidy et al, case no. CV-03-0101845-S
    c. Sastrom v. Mullaney, case no. CV-04-0103397-S
    d. Sastrom v. Psychiatric Security Review Board, case no. CV-02-0518374-S
    e. Sastrom v. Cotterell, case no. CV-03-0101797-S
    f. Sastrom v. CT Psychiatric Security Review Board, case no. CV-03-0101767-S
    g. Kalman v. Psychiatric Security Review Board, case no. CV-03-0520204-S