UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 JAN 28 P 12: 07
U.S. DISTRICT COURT
HARTFORD, CT.

| | |
|---|---|
| ROY SASTROM AND<br>ROBERT KALMAN<br>*Plaintiffs*<br><br>v.<br><br>JAMES CASSIDY, PH.D., JD., AND<br>GARRELL MULLANEY, C.E.O.<br>*Defendants* | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | CIVIL ACTION NO.<br>Docket No. 3:02cv02132(AWT)(DFM)<br><br><br><br><br>JANUARY 27, 2004 |

### DEFENDANTS' SECOND MOTION FOR ENLARGEMENT
### OF TIME TO FILE THEIR MOTION FOR SUMMARY JUDGMENT

Pursuant to Local Rule of Civil Procedure Rule 7(b), the defendants, James Cassidy, Ph.D., J.D., and Garrell Mullaney, C.E.O., move for an enlargement of time to file their motion for summary judgment. The defendants' motion for summary judgment is currently due on February 9, 2004.

To date the defendants have not received the plaintiffs responses to their discovery request, *Defendants' First Set Of Interrogatories And Request For Production Of Documents To Plaintiffs* which was mailed to them on August 13, 2003. In accordance with Local Rule of Civil Procedure Rule 37, counsel for the defendants had attempted to resolve this issue without judicial intervention. The defendants were not able to resolve the issue of the outstanding discovery without judicial intervention and, therefore, were forced to filed a *Motion for Order* asking the court to either compel the plaintiffs to respond to *Defendants' First Set Of Interrogatories And Request For Production Of Documents To Plaintiffs* or to dismiss the plaintiffs' amended complaint.

Counsel for the defendants has been diligently working on the motion for summary judgment. However, without the plaintiffs' responses to the defendants' discovery requests, the

*[Margin note, left side:] It is so ordered. GRANTED. Dispositive motions, if any, shall be filed on or before May 10, 2004. /s/ Alvin W. Thompson, U.S.D.J. Hartford, CT 2/4/2003*