UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ROY SASTROM AND<br>ROBERT KALMAN<br>*Plaintiff*<br><br>v.<br><br>JAMES CASSIDY, PH.D., JD AND<br>GARRELL MULLANEY, C.E.O<br>*Defendants* | : CIVIL ACTION NO.<br>: ~~3:00CV1042 (DJS)(TPS)~~<br>: 3:02CV02132 (AWT)(DFM)<br>:<br>:<br>:<br>:<br>: APRIL 21, 2004<br>: |

## MOTION FOR SANCTIONS

Defendants in this matter move pursuant to Fed. R. Civ. P. 37 for an order striking plaintiff's complaint in its entirety, dismissing plaintiff's complaint in its entirety or rendering a judgment by default against plaintiff for failure to obey this Court's Order dated February 10, 2004, and for failure to serve answers to interrogatories and to produce documents. As discussed in the attached memorandum of law in support of this motion, dismissal is the appropriate remedy given plaintiff's willful failure to provide responses to the discovery requests. The plaintiffs have acted in bad faith and have wasted this Court's time.

DEFENDANTS

RICHARD BLUMENTHAL
ATTORNEY GENERAL

Richard J. Lynch
Assistant Attorney General

BY:  *P. Kwanashie*
Patrick B. Kwanashie
Assistant Attorney General
Federal Bar No. ct09206
55 Elm Street
P.O. Box 120
Hartford, CT  06141-0120
Tel: (860) 808-5210
Fax: (860) 808-5385

## CERTIFICATION

I hereby certify that a copy of the foregoing **Motion for Sanctions** was mailed in accordance with Rule 5(b) of the Federal Rules of Civil Procedure on this 21st day of April, 2004, first class postage prepaid to:

Roy Sastrom
Connecticut Valley Hospital
P.O. Box 351
Middletown, CT 06457

Robert Kalman
Connecticut Valley Hospital
P.O. Box 351
Middletown, CT 06457

BY: *P. Kwanashie*
Patrick B. Kwanashie
Assistant Attorney General