**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

```
-------------------------------x
                               :
ROY SASTROM and                :
ROBERT KALMAN,                 :
                               :
        Plaintiffs,            :
                               :
v.                             :    Civ No. 3:02CV02132(AWT)
                               :
JAMES CASSIDY, et al.,         :
                               :
        Defendants.            :
-------------------------------x
```

**REFERRAL TO MAGISTRATE JUDGE**

This case is referred to Magistrate Judge <u>Donna F. Martinez</u> for the following purposes:

\_\_\_\_\_   All purposes except trial, unless the parties consent to trial before the Magistrate Judge (orefcs.)

\_\_\_\_\_   A ruling on all pretrial motions, except dispositive motions (orefmisc./dscv)

\_\_\_\_\_   To supervise discovery and resolve discovery disputes (orefmisc./dscv)

__X__   A ruling on the following motion, which is currently pending:(orefm.)
   • Doc.# <u>28 Defendants' Motion for Sanctions</u>

\_\_\_\_\_   A settlement conference (orefmisc./cnf)

\_\_\_\_\_   A conference to discuss the following: (orefmisc./cnf)

\_\_\_\_\_   Other: (orefmisc./misc)

SO ORDERED this 3rd day of May, 2004, at Hartford, Connecticut.

/s/
Alvin W. Thompson
United States District Judge