UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2004 MAY -5  A 10: 35

ROY SASTROM AND
ROBERT KALMAN
    *Plaintiffs*

v.

JAMES CASSIDY, PH.D., JD., AND
GARRELL MULLANEY, C.E.O.
    *Defendants*

CIVIL ACTION NO.
Docket No. 3:02CV02132(AWT)(DFM)
HARTFORD, CT.

MAY 5, 2004

### DEFENDANTS' THIRD MOTION FOR ENLARGEMENT OF TIME TO FILE THEIR MOTION FOR SUMMARY JUDGMENT

Pursuant to Local Rule of Civil Procedure Rule 7(b), the defendants, James Cassidy, Ph.D., J.D., and Garrell Mullaney, C.E.O , move for an enlargement of time to file their motion for summary judgment. The defendants' motion for summary judgment is currently due on May 10, 2004.

This Motion has become necessary because to date the defendants have not received the plaintiffs responses to their discovery request, *Defendants' First Set Of Interrogatories And Request For Production Of Documents To Plaintiffs* which was mailed to them on August 13, 2003. In accordance with Local Rule of Civil Procedure Rule 37, counsel for the defendants had attempted to resolve this issue without judicial intervention. The defendants were not able to resolve the issue of the outstanding discovery without judicial intervention and, therefore, were forced to filed a *Motion for Order* asking the court to either compel the plaintiffs to respond to *Defendants' First Set Of Interrogatories And Request For Production Of Documents To Plaintiffs* or to dismiss the plaintiffs' amended complaint.

On February 11, 2004, the Court, (Martinez, J.) issued an Order granting in part and denying in part, defendants' *Motion for Order*. The Order stated in pertinent part:

**IT IS HEREBY ORDERED** that the plaintiffs' shall serve responses to the defendants' first set of interrogatories and requests for production of documents dated August 13, 2003 within 25 days of receipt of this order. [footnote 3]

The plaintiffs are on notice that failure to comply with the court's order may subject the plaintiffs to sanctions, including the dismissal of the action with prejudice.

In a footnote, Magistrate Judge Martinez added:

[footnote] 3 Failure to respond or object to a discovery request in a timely manner waives any objection which may have been available. Smith v. Conway Organization, Inc., 154 F.R.D. 73 (S.D.N.Y. 1994); Scott v. Arex, Inc., 124 F.R.D. 39, 41 (D.Conn. 1989.)

The plaintiffs have failed to serve responses to the defendants' first set of interrogatories and requests for production of documents dated August 13, 2003 within 25 days of receipt of the order. On April 30, 2004, Counsel for the defendants filed a *Motion for Sanctions* with a memorandum in support asking the court to dismiss the plaintiffs action due to the failure of the plaintiffs to comply with the court's February 11, 2004 Order.

The Counsel for the defendants has been diligently working on the motion for summary judgment. However, without the plaintiffs' responses to the defendants' discovery requests, the defendants are not able to meet the current deadline for summary judgment. Therefore, the defendants are requesting an additional forty-five (45) days after the plaintiffs comply with the defendants' discovery request should the Court opt to give them the opportunity to comply before dismissing this case.

Plaintiffs are involuntarily confined at the Whiting Forensic Division of Connecticut Valley Hospital. Counsel has not contacted the plaintiffs regarding this motion for enlargement of time.

This is the defendants' third request for enlargement of time to file their motion for summary judgment.

                                                      RICHARD BLUMENTHAL
                                                      ATTORNEY GENERAL

                                                      Richard J. Lynch
                                                      Assistant Attorney General

BY:   *P. Kwanashie*
                                                      Patrick B. Kwanashie
                                                      Assistant Attorney General
                                                      Federal Bar No. 09206
                                                      55 Elm Street, P.O. Box 120
                                                      Hartford, CT  06141-0120
                                                      Tel: (860) 808-5210
                                                      Fax: (860) 808-5385
                                                      Email: patrick.kwanashie@po.state.ct.us

## CERTIFICATION

I hereby certify that a copy of the foregoing *Defendants' Third Motion For Enlargement of Time to File Their Motion for Summary Judgment* was mailed in accordance with Rule 5(b) of the Federal Rules of Civil Procedure on this 5th day of May, 2004, first class postage prepaid to:

Roy Sastrom
Whiting Forensic Institute
70 O'Brien Drive
Middletown, CT  06457

Robert Kalman
Whiting Forensic Institute
70 O'Brien Drive
Middletown, CT  06457

*P. Kwanashie*

———————————————
Patrick B. Kwanashie
Assistant Attorney General