02cv2132 m exttime

31

UNITED STATES DISTRICT COURT **FILED**
DISTRICT OF CONNECTICUT

ROY SASTROM AND
ROBERT KALMAN
   *Plaintiffs*

v.

JAMES CASSIDY, PH.D., JD., AND
GARRELL MULLANEY, C.E.O.
   *Defendants*

:
:   2004 MAY -5 A 10: 35
: CIVIL ACTION NO.
: Docket No. 3:02CV2132(AWT)(DFM)
:   U.S. DISTRICT COURT
:   HARTFORD, CT.
:
:
:
:   MAY 5, 2004

### DEFENDANTS' THIRD MOTION FOR ENLARGEMENT
### OF TIME TO FILE THEIR MOTION FOR SUMMARY JUDGMENT

Pursuant to Local Rule of Civil Procedure Rule 7(b), the defendants, James Cassidy, Ph.D., J.D., and Garrell Mullaney, C.E.O., move for an enlargement of time to file their motion for summary judgment. The defendants' motion for summary judgment is currently due on May 10, 2004.

This Motion has become necessary because to date the defendants have not received the plaintiffs responses to their discovery request, *Defendants' First Set Of Interrogatories And Request For Production Of Documents To Plaintiffs* which was mailed to them on August 13, 2003. In accordance with Local Rule of Civil Procedure Rule 37, counsel for the defendants had attempted to resolve this issue without judicial intervention. The defendants were not able to resolve the issue of the outstanding discovery without judicial intervention and, therefore, were forced to filed a *Motion for Order* asking the court to either compel the plaintiffs to respond to *Defendants' First Set Of Interrogatories And Request For Production Of Documents To Plaintiffs* or to dismiss the plaintiffs' amended complaint.

On February 11, 2004, the Court, (Martinez, J.) issued an Order granting in part and denying in part, defendants' *Motion for Order*. The Order stated in pertinent part:

GRANTED. Dispositive motions, if any, shall be filed on or before August 23, 2004. It is so ordered.

Alvin W. Thompson, U.S.D.J.    Hartford, CT    5/14/2004

2004 MAY 15 P 12
U.S. DISTRICT COURT
HARTFORD, CT
**FILED**