UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

| | |
|---|---|
| ROY SASTROM AND ROBERT KALMAN<br>*Plaintiffs* | : CIVIL ACTION NO.:<br>: 3:02cv02132(AWT)(DFM) |
| v. | : |
| JAMES CASSIDY, PH.D., JD., AND<br>GARRELL MULLANEY, C.E.O.<br>*Defendants* | :<br>: AUGUST 12, 2004 |

## DEFENDANTS' MOTION FOR ENLARGEMENT
## OF TIME TO FILE THEIR MOTION FOR SUMMARY JUDGMENT

Pursuant to Local Rule of Civil Procedure Rule 7(b), the defendants, James Cassidy, Ph.D., J.D., and Garrell Mullaney, C.E.O., move for an enlargement of time to file their motion for summary judgment. The defendants' motion for summary judgment is currently due on August 23, 2004.

On April 30, 2004 the defendants filed a *Motion for Sanctions* asking the Court to dismiss the plaintiffs' complaint because the plaintiffs failed to comply with the Court's Order requiring the plaintiffs to respond to the defendants' discovery request. That *Motion* was referred to Magistrate Judge Martinez on May 3, 2004 and a decision is still pending. Since a decision on the *Motion For Sanctions* may terminate the lawsuit, the defendants request an additional 60 days after the decision to file their *Motion for Summary Judgment* if the lawsuit is not dismissed.

Plaintiffs, Roy Sastrom and Robert Kalman are involuntarily confined at the Whiting Forensic Division of Connecticut Valley Hospital and Connecticut Valley Hospital, Dutcher Hall, respectively. Counsel has not contacted the plaintiffs regarding this motion for enlargement of time.

This is the defendants' fourth request for enlargement of time to file their motion for summary judgment.

RICHARD BLUMENTHAL
ATTORNEY GENERAL

Richard J. Lynch
Assistant Attorney General

BY: *P. Kwanashie*
Patrick B. Kwanashie
Assistant Attorney General
Federal Bar No. 09206
55 Elm Street, P.O. Box 120
Hartford, CT 06141-0120
Tel: (860) 808-5210
Fax: (860) 808-5385
Email: Patrick.Kwanashie@po.state.ct.us

## CERTIFICATION

I hereby certify that a copy of the foregoing *Defendants' Motion For Enlargement of Time* was mailed in accordance with Rule 5(b) of the Federal Rules of Civil Procedure on this 12th day of August, 2004, first class postage prepaid to:

Roy Sastrom
Whiting Forensic Institute
70 O'Brien Drive
Middletown, CT  06457

Robert Kalman
Connecticut Valley Hospital
Dutcher Hall
P.O. Box 351
Middletown, CT  06457

*P. Kwanashie*
_____
Patrick B. Kwanashie
Assistant Attorney General