**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

```
-------------------------------x
                               :
ROY SASTROM and                :
ROBERT KALMAN,                 :
                               :
        Plaintiffs,            :
                               :
v.                             :       Civ No. 3:02CV02132(AWT)
                               :
JAMES CASSIDY, et al.,         :
                               :
        Defendants.            :
-------------------------------x
```

**REFERRAL TO MAGISTRATE JUDGE**

  This case is referred to Magistrate Judge <u>Donna F. Martinez</u> for the following purposes:

<u>   </u>  All purposes except trial, unless the parties consent to trial before the Magistrate Judge (orefcs.)

<u>   </u>  A ruling on all pretrial motions, except dispositive motions (orefmisc./dscv)

<u>   </u>  To supervise discovery and resolve discovery disputes (orefmisc./dscv)

<u> X </u>  A ruling on the following motion, which is currently pending:(orefm.)
- Doc.# <u>33</u> <u>Defendants' Motion for Enlargement of Time to File Their Motion for Summary Judgment</u>

<u>   </u>  A settlement conference (orefmisc./cnf)

<u>   </u>  A conference to discuss the following: (orefmisc./cnf)

<u>   </u>  Other: (orefmisc./misc)

  SO ORDERED this <u>16th</u> day of August, 2004, at Hartford, Connecticut.

                   /s/
                 Alvin W. Thompson
               United States District Judge