**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| RAY SASTROM and ROBERT KALMAN, | : |
| | : |
| Plaintiffs, | : |
| | : |
| v. | : CASE NO. 3:02CV2132(AWT) |
| | : |
| JAMES CASSIDY, ET AL., | : |
| | : |
| Defendants. | : |

**ENDORSEMENT ORDER**

Upon review and pursuant to 28 U.S.C. §636(b) and Rule 72.2 of the Local Rules for United States Magistrate Judges (D.Conn.), Magistrate Judge Martinez's Recommended Ruling (Doc. #37) on the defendant's motion for sanctions (Doc. #28) is hereby ACCEPTED.

It is so ordered.

Dated at Hartford, Connecticut, this 23rd day of February 2005.

/s/

Alvin W. Thompson
United States District Judge