UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| ROBERT KALMAN, and<br>ROY SASTROM | :<br>:<br>: |
| v. | CASE NO. 3:02CV2132 (AWT) |
| | : |
| JAMES CASSIDY, and<br>GARRELL MULLANEY | :<br>: |

## JUDGMENT

This action having come on for consideration of the defendant's motion for sanctions in which they seek the dismissal of the complaint, before the Honorable Donna F. Martinez, United States Magistrate Judge, and the Honorable Alvin W. Thompson, United States District Judge and,

The Honorable Donna F. Martinez, having considered the motion and the full record of the case including applicable principles of law, and having filed a recommended ruling granting the defendant's motion for sanctions, and dismissing this case, and the court having accepted the ruling in an endorsement order, it is hereby

ORDERED, ADJUDGED and DECREED that the judgment be and is hereby entered in favor of the defendants, and this case is dismissed.

Dated at Hartford, Connecticut, this 8th day of September, 2005.

KEVIN F. ROWE, Clerk

By _____
Sandra Smith
Deputy Clerk

EOD _____