**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

```
------------------------------x
                              :
ROY SASTROM and ROBERT        :
KALMAN,                       :
                              :
        Plaintiffs,           :
                              :
v.                            :   Civil No.3:02CV02132(AWT)
                              :
JAMES CASSIDY, et al.,        :
                              :
        Defendants.           :
                              :
------------------------------x
```

## NOTICE TO PLAINTIFF ROY SASTROM

    The court has received correspondence from plaintiff Roy Sastrom pertaining to his civil case, which was terminated on September 8, 2005.  Because this case was closed on September 8, 2005, the court will not take any action on Mr. Sastrom's correspondence.

    It is so ordered.

    Dated this 13th day of July 2007 at Hartford, Connecticut.

                                            _____/s/AWT_____
                                            Alvin W. Thompson
                                     United States District Judge